

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2016

No. 04-16-00400-CR

Minerva **ALCORTA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9807
Honorable Melisa Skinner, Judge Presiding

## O R D E R

The reporter's record was originally due August 12, 2016; however, the court has granted the reporter, Mary Beth Sasala, an extension of time until September 30, 2016, to file the record. The reporter has filed a request an additional thirty days to file the record.

We grant the motion and order Mary Beth Sasala to file the record by October 29, 2016 (78 days after the original due date). Ms. Sasala is advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," Tex .R. App. P. 35.3(c), we also order the clerk of this court to serve a copy of this order on the trial court.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice